■ PATRICK LAWLOR et al., Individually and as Parents and Natural Guardians of PATRICK LAWLOR, JR., an Infant, Appellants, v ARTHUR A. KAPLAN, Respondent. [604 NYS2d 854] — Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ JOSUB DAVID, Appellant, v CANADIAN PACIFIC (U.S.), INC., Respondent. [604 NYS2d 864] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Pooler, J. (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.